AVIS RENT-A-CAR SYSTEM, INC v CITY OF ROMULUS and THE HERTZ

CORPORATION V CITY OF ROMULUS. (Docket Nos. 57857, 57936, 57937.) Rehearing denied. *Barris, Sott, Denn & Driker* for plaintiff-appellee Avis Rent-A-Car System, Inc. *Goodenough, Smith & May* for plaintiff-appellee The Hertz Corporation. *Miller, Canfield, Paddock & Stone* for defendant-appellant Romulus Community Schools. Reported at 400 Mich 337.

